# UNITED STATES DISTRICT COURT
for the
District of Arizona

DO4
7-12-19

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jairo Herrera-Perez | ) | Case No. 19-8320MJ |
| (A200 822 253) | ) | |
| _Defendant_ | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 12, 2019, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey Jr., P.S. for AUSA Hunter Bridges

☒ Continued on the attached sheet.

_Complainant's signature_
Regina Benvenue,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: July 15, 2019

_Judge's signature_

City and state: Phoenix, Arizona

John Z, Boyle,
United States Magistrate Judge
_Printed name and title_

## ATTACHMENT A

### Count 1

On July 12, 2019, Jairo Herrera-Perez, an alien, was found in the United States of America at or near Superior, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about June 24, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On July 12, 2019, at or near Superior, in the District of Arizona, Jairo Herrera-Perez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Regina Benvenue, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 12, 2019, the Superior Police Department (SPD) encountered Jairo Herrera-Perez on United States Highway 60, at mile post 226, in Superior, Arizona. SPD Officer Boyd suspected Herrera-Perez to be a possible enforcement priority and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officers Stokes and Merry responded to the scene and determined Herrera-Perez to be a citizen of Mexico, illegally present in the United States. On the same date, Herrera-Perez was transported to the Phoenix ICE office for further investigation and processing. Herrera-Perez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jairo Herrera-Perez be a citizen of Mexico and a previously deported alien. Herrera-Perez was removed from the United States to Mexico through Calexico, California, on or about June 24, 2018, pursuant to an order of removal issued by an immigration official. There is no record of Herrera-Perez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to

the United States after his removal. Herrera-Perez's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Jairo Herrera-Perez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Herrera-Perez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Herrera-Perez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Herrera-Perez's immigration history was matched to him by electronic fingerprint comparison.

5. On July 12, 2019, Jairo Herrera-Perez was advised of his constitutional rights. Herrera-Perez freely and willingly acknowledged his rights and agreed to make a statement under oath. Herrera-Perez stated that he is a citizen and national of Mexico, who last entered the United States "yesterday," at or "close to El Paso, Texas," without presenting any legal documentation to an immigration official.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 12, 2019, Jairo Herrera-Perez, an alien, was found in the United States of America at or near Superior, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about June 24, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for

admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on July 12, 2019, at or near Superior, in the District of Arizona, Jairo Herrera-Perez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

Regina Benvenue
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 15th day of July, 2019.

John Z, Boyle,
United States Magistrate Judge